IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) <br> ) <br> MYERS, JESSICA LOUISE ) <br> XXX-XX-8820 ) <br> ) <br> Debtor. ) <br> _____ ) <br> ) <br> Robertson B. Cohen, Chapter 7 Trustee ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> UCHealth – Memorial Health Systems ) <br> ) <br> ) <br> Defendant ) | CHAPTER 7 <br> CASE NO. 18-16852-JGR <br><br><br><br><br><br><br><br><br> ADV. CASE NO. _____-JGR |

**COMPLAINT TO RECOVER PREFERENCE**

Robertson B. Cohen, Chapter 7 Trustee ("Trustee") respectfully submits his COMPLAINT against UCHealth – Memorial Health Systems ("UCH-MHS") and states as follows:

**JURISDICTION**

1. This Court has core jurisdiction over this action pursuant to 11 U.S.C. §105, 11 U.S.C. §547(b) and 11 U.S.C. §550(a)(1), Federal Rule of Bankruptcy Procedure 7001, 28 U.S.C. §157(b)(2)(F), 28 U.S.C. §157(b)(2)(h), 28 U.S.C. §1334 and General Procedure Order 1984-1 issued by the United States District Court of the District of Colorado.

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. Plaintiff does consent to entry of final orders or judgment by the bankruptcy court.

**PARTIES**

4. Robertson B. Cohen is the Chapter 7 Trustee for the Debtor bankruptcy estate and conducts business in the state of Colorado.

5. Defendant is a nonprofit corporation. Defendant's principal office is located at 1400 E Boulder Street, Colorado Springs, CO 80909 and its registered agent Lindsey Rogers-Seitz, 1400 E Boulder Street, Colorado Springs, CO 80909.

## GENERAL ALLEGATIONS

6. All above allegations are incorporated herein by reference.

7. Debtor filed a petition for bankruptcy relief under Chapter 7 of title 11 of the United States Code on August 6, 2018.

8. The Trustee is the duly appointed Chapter 7 Trustee for the Debtor's bankruptcy case.

9. In the ninety days prior the Debtor's date of filing, Defendant garnished from the Debtor's wages in the amount of $2,496.94 [**SEE EXHIBIT 1; Debtor income record**].

10. Defendant's collection agency Credit Service Company has turned over $187.05 of funds leaving a remaining $2,309.89 outstanding.

11. Plaintiff will incur $350.00 in costs to file this complaint to recover preference.

## FIRST CLAIM FOR RELIEF

**Recovery of Preferential Transfer Pursuant to Bankruptcy Code §547(b)**

12. All above allegations are incorporated herein by reference.

13. Receipt of the payment is an avoidable preferential transfer due to the fact that the it was:

    a. To or for the benefit of the Defendant, who at the time of the Transfer was a creditor of the Debtor;

    b. For or on account antecedent debt owed by the Debtor to the Defendant before such Transfer was made;

    c. Made while the Debtor was insolvent;

    d. Made within ninety (90) days before the date of the filing of the bankruptcy petition; and

    e. And that enabled the Defendant to receive more than it would receive it (i) the case was a case under Chapter 7 of title 11 of the United States Code; (ii) the

Transfer had not been made; and (iii) the Defendant received payment of this debt to the extent provided by the provision of Title 11 of the United States Code.

WHEREFORE, Plaintiff Robertson B. Cohen, Chapter 7 Trustee, respectfully request the court to enter a Judgment in his favor and against Defendant UCHealth – Memorial Health Systems in the amount of $2,309.89 pursuant to 11 U.S.C. §547(b) and 11 U.S.C. §550(a)(1) and as part of such Judgment award the Plaintiff pre-judgment interest and reasonable attorney's fees and costs and such other and further relief as may be appropriate under the circumstances.

Dated this April 16, 2019.

Respectfully submitted,

_____
Robertson B. Cohen, Chapter 7 Trustee
1720 S. Bellaire St; Ste 205
Denver, CO 80222
(303) 933-4529
Email: trusteecohen@cohenlawyers.com

```
20H Dept: 7417              000000-000000
DBX     003222641
    CO100-FMCNA   W Co Springs Cntrl Lib
```

Liberty Dialysis Group
781/699-9000
920 Winter Street
Waltham, MA 02451

Emplid: 3222641
Exemptions        Addl Amt   Addl %
  Fed:    S-01        25.00
  CO(W):  S-00

Total Hours Worked:    100.44
Employer ID # CO 03526064

## Earnings Statement

Pay Rate:        $17.33
Basis of Pay:    Hourly
Pay Period:      07/29/2018 - 08/11/2018
Advice Date:     08/17/2018
Advice Number:   0011348981
Batch Number:    000000002102

JESSICA LOUISE MYERS
2516 Wood Ave
Apt A
Colorado Springs, CO 80907

| Earnings | Hours/Units | Rate | Amount | YTD |
|---|---|---|---|---|
| Regular | 80.00 | 17.3300 | 1386.40 | 21250.37 |
| Overtime | 17.12 | 26.0485 | 445.95 | 4374.64 |
| Night 10% | 3.53 | 1.7337 | 6.12 | 271.70 |
| Overtime | 3.32 | 25.9940 | 86.30 | 0.00 |
| PTO/VAC Hourly | 0.00 | | 0.00 | 1171.78 |
| Holiday 50% | 0.00 | | 0.00 | 59.53 |
| PTO/VAC Cash | 0.00 | | 0.00 | 1039.80 |
| Unschd PTO/VAC | 0.00 | | 0.00 | 303.68 |
| UltraScore | 0.00 | | 0.00 | 500.00 |
| Evening Diff 7 | 0.00 | | 0.00 | 4.72 |
| Holiday Diff 1 | 0.00 | | 0.00 | 46.50 |
| Total Pay | 100.44 | | 1924.77 | 29022.72 |

Total hours excludes differentials and adjustments

### Taxes

| | | |
|---|---|---|
| Fed Withholdng | 193.82 | 2241.16 |
| Fed MED/EE | 25.66 | 382.63 |
| Fed OASDI/EE | 109.73 | 1636.07 |
| CO Withholdng | 77.85 | 1151.85 |
| Total Tax Deductions | 407.06 | 5411.71 |

| Deductions | Current | YTD |
|---|---|---|
| *Medical | 141.45 | 2263.20 |
| *Dental | 14.49 | 248.30 |
| Dependent Life | 0.46 | 7.82 |
| Garn - Writ | 0.00 | 2496.94 |
| *Medical | 0.00 | 138.67 |
| Total Deductions | 156.40 | 5154.93 |
| Net Pay | 1361.31 | 18456.08 |

*Before Tax excluded from fed taxable wages
Fed Taxable Wages   1769.79   26388.24

### Employer Paid Benefits (**taxable)

| | | |
|---|---|---|
| Medical | 423.94 | 6783.04 |
| Dental | 6.21 | 106.42 |
| Employee Asst Pro | 0.42 | 7.14 |
| Basic Life | 3.47 | 58.29 |
| Basic Life** | 0.96 | 15.69 |
| Other Benefits | 6.33 | 491.57 |

### Leave Balance Summary

| | Start | Earned | Taken | Adj | End |
|---|---|---|---|---|---|
| PTO | 82.20 | 123.04 | 145.86 | 0.00 | 59.38 |
| ESL | 18.48 | 24.64 | 0.00 | 0.00 | 43.12 |

| Deposit | Type | Account | Amount |
|---|---|---|---|
| Deposit | Checking | XXXXX7483 | 1,361.31 |
| Net Check | | | 0.00 |

---

Liberty Dialysis Group
781/699-9000
920 Winter Street
Waltham, MA 02451

Advice Number:   0011348981
Advice Date:     08/17/2018

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| JESSICA LOUISE MYERS | Checking XXXXX7483 | 1361.31 |
| | Total | 1361.31 |

EXHIBIT 1 page 2

```
ZDH Dept:   7417           000000-000000
DBX         003222641
         CO100-FMCNA  W Co Springs Cntrl Lib
```

Liberty Dialysis Group
781/699-9000
920 Winter Street
Waltham, MA 02451

Emplid: 3222641
Exemptions       Addl Amt   Addl %
    Fed:   S-01    25.00
    CO(W): S-00

Total Hours Worked:    84.48
Employer ID # CO 03526064

## Earnings Statement

Pay Rate:           $17.33
Basis of Pay:       Hourly
Pay Period:         07/15/2018 - 07/28/2018
Advice Date:        08/03/2018
Advice Number:      0011287397
Batch Number:       000000002080

JESSICA LOUISE MYERS
2516 Wood Ave
Apt A
Colorado Springs, CO  80907

| Earnings | Hours/Units | Rate | Amount | YTD |
|---|---|---|---|---|
| Regular | 76.58 | 17.3300 | 1327.13 | 19863.97 |
| Overtime | 7.90 | 25.9962 | 205.37 | 3842.39 |
| PTO/VAC Hourly | 2.50 | 17.3320 | 43.33 | 1171.78 |
| Night 10% | 0.00 | | 0.00 | 265.58 |
| Holiday 50% | 0.00 | | 0.00 | 59.53 |
| PTO/VAC Cash | 0.00 | | 0.00 | 1039.80 |
| Unschd PTO/VAC | 0.00 | | 0.00 | 303.68 |
| UltraScore | 0.00 | | 0.00 | 500.00 |
| Evening Diff 7 | 0.00 | | 0.00 | 4.72 |
| Holiday Diff 1 | 0.00 | | 0.00 | 46.50 |
| Total Pay | 86.98 | | 1575.83 | 27097.95 |

Total hours excludes differentials and adjustments

### Taxes

| | | |
|---|---|---|
| Fed Withholdng | 151.94 | 2047.34 |
| Fed MED/EE | 20.60 | 356.97 |
| Fed OASDI/EE | 88.09 | 1526.34 |
| CO Withholdng | 61.69 | 1074.00 |
| Total Tax Deductions | 322.32 | 5004.65 |

| Deductions | Current | YTD |
|---|---|---|
| *Medical | 141.45 | 2121.75 |
| *Dental | 14.49 | 233.81 |
| Dependent Life | 0.46 | 7.36 |
| Garn - Writ | 313.38 | 2496.94 |
| *Medical | 0.00 | 138.67 |
| Total Deductions | 469.78 | 4998.53 |
| Net Pay | 783.73 | 17094.77 |

*Before Tax excluded from fed taxable wages
Fed Taxable Wages   1420.85   24618.45

### Employer Paid Benefits (**taxable)

| | | |
|---|---|---|
| Medical | 423.94 | 6359.10 |
| Dental | 6.21 | 100.21 |
| Employee Asst Pro | 0.42 | 6.72 |
| Basic Life | 3.47 | 54.82 |
| Basic Life** | 0.96 | 14.73 |
| Other Benefits | 6.33 | 485.24 |

### Leave Balance Summary

| | Start | Earned | Taken | Adj | End |
|---|---|---|---|---|---|
| PTO | 82.20 | 115.35 | 145.86 | 0.00 | 51.69 |
| ESL | 18.48 | 23.10 | 0.00 | 0.00 | 41.58 |

| Deposit | Type | Account | Amount |
|---|---|---|---|
| Deposit | Checking | XXXXX7483 | 783.73 |
| Net Check | | | 0.00 |

---

Liberty Dialysis Group
781/699-9000
920 Winter Street
Waltham, MA 02451

Advice Number:   0011287397
Advice Date:     08/03/2018



**Deposited to the account of**
JESSICA LOUISE MYERS

| Account Number | Amount |
|---|---|
| Checking XXXXX7483 | 783.73 |
| Total | 783.73 |

EXHIBIT 1 page 3

```
20H Dept:   7417         000000-000000
DBX    003222641
CO100-FMCNA  W Co Springs Cntrl Lib
```

Liberty Dialysis Group
781/699-9000
920 Winter Street
Waltham, MA  02451

## Earnings Statement

| | |
|---|---|
| Pay Rate: | $17.33 |
| Basis of Pay: | Hourly |
| Pay Period: | 07/01/2018 - 07/14/2018 |
| Advice Date: | 07/20/2018 |
| Advice Number: | 0011225580 |
| Batch Number: | 000000002056 |

Page 001 of 001

JESSICA LOUISE MYERS
2516 Wood Ave
Apt A
Colorado Springs, CO  80907

```
Emplid: 3222641
Exemptions    Addl Amt   Addl %
  Fed:   S-01    25.00
  CO(W): S-00
```

Total Hours Worked:  72.16
Employer ID # CO 03526064

| Earnings | Hours/Units | Rate | Amount | YTD |
|---|---|---|---|---|
| Regular | 70.61 | 17.3300 | 1223.67 | 18536.84 |
| Overtime | 1.55 | 26.7097 | 41.40 | 3637.02 |
| Holiday 50% | 6.87 | 8.6652 | 59.53 | 59.53 |
| PTO/VAC Hourly | 9.32 | 17.3305 | 161.52 | 1128.45 |
| Night 10% | 0.00 | | 0.00 | 265.58 |
| PTO/VAC Cash | 0.00 | | 0.00 | 1039.80 |
| Unschd PTO/VAC | 0.00 | | 0.00 | 303.68 |
| UltraScore | 0.00 | | 0.00 | 500.00 |
| Evening Diff 7 | 0.00 | | 0.00 | 4.72 |
| Holiday Diff 1 | 0.00 | | 0.00 | 46.50 |
| Total Pay | 81.48 | | 1486.12 | 25523.12 |

Total hours excludes differentials and adjustments

### Taxes

| | Amount | YTD |
|---|---|---|
| Fed Withholdng | 141.18 | 1895.40 |
| Fed MED/EE | 19.31 | 336.37 |
| Fed OASDI/EE | 82.53 | 1438.25 |
| CO Withholdng | 57.54 | 1012.31 |
| Total Tax Deductions | 300.56 | 4682.33 |

| Deductions | Current | YTD |
|---|---|---|
| *Medical | 141.45 | 1980.30 |
| *Dental | 14.49 | 219.32 |
| Dependent Life | 0.46 | 6.90 |
| Garn - Writ | 296.39 | 2183.56 |
| *Medical | 0.00 | 138.67 |
| Total Deductions | 452.79 | 4528.75 |
| Net Pay | 732.77 | 16311.04 |

*Before Tax excluded from fed taxable wages
Fed Taxable Wages  1331.14  23197.60

### Employer Paid Benefits (**taxable)

| | | |
|---|---|---|
| Medical | 423.94 | 5935.16 |
| Dental | 6.21 | 94.00 |
| Employee Asst Pro | 0.42 | 6.30 |
| Basic Life | 3.47 | 51.35 |
| Basic Life** | 0.96 | 13.77 |
| Other Benefits | 6.33 | 478.91 |

### Leave Balance Summary

| | Start | Earned | Taken | Adj | End |
|---|---|---|---|---|---|
| PTO | 82.20 | 107.66 | 143.36 | 0.00 | 46.50 |
| ESL | 18.48 | 21.56 | 0.00 | 0.00 | 40.04 |

| Deposit Type | Account | Amount |
|---|---|---|
| Deposit Checking | XXXXX7483 | 732.77 |
| Net Check | | 0.00 |

---

Liberty Dialysis Group
781/699-9000
920 Winter Street
Waltham, MA  02451

Advice Number:  0011225580
Advice Date:    07/20/2018

THIS IS NOT A CHECK

**Deposited to the account of**
JESSICA LOUISE MYERS

| Account Number | Amount |
|---|---|
| Checking XXXXX7483 | 732.77 |
| Total | 732.77 |

EXHIBIT 1 page 4

```
ZDH Dept: 7417           000000-000000
DBX:    003222641
CO100-FMCNA  W Co Springs Cntrl Lib
```

Liberty Dialysis Group
781/699-9000
920 Winter Street
Waltham, MA 02451

## Earnings Statement

| | |
|---|---|
| Pay Rate: | Page 001 of 001 $17.33 |
| Basis of Pay: | Hourly |
| Pay Period: | 06/17/2018 - 06/30/2018 |
| Advice Date: | 07/06/2018 |
| Advice Number: | 0011164141 |
| Batch Number: | 000000002034 |

```
Emplid: 3222641
Exemptions    Addl Amt    Addl %
 Fed:    S-04
 CO(W):  S-00
```

JESSICA LOUISE MYERS
2516 Wood Ave
Apt A
Colorado Springs, CO 80907

Total Hours Worked: 81.24
Employer ID # CO 03526064

| Earnings | Hours/Units | Rate | Amount | YTD |
|---|---|---|---|---|
| Regular | 71.02 | 17.3300 | 1230.78 | 17313.17 |
| Overtime | 10.22 | 26.1292 | 267.04 | 3595.62 |
| Night 10% | 7.78 | 1.7326 | 13.48 | 265.58 |
| PTO/VAC Hourly | 8.98 | 17.3296 | 155.62 | 966.93 |
| PTO/VAC Cash | 0.00 | | 0.00 | 1039.80 |
| Unschd PTO/VAC | 0.00 | | 0.00 | 303.68 |
| UltraScore | 0.00 | | 0.00 | 500.00 |
| Evening Diff 7 | 0.00 | | 0.00 | 4.72 |
| Holiday Diff 1 | 0.00 | | 0.00 | 46.50 |

| Deductions | Current | YTD |
|---|---|---|
| *Medical | 141.45 | 1838.85 |
| *Dental | 14.49 | 204.83 |
| Dependent Life | 0.46 | 6.44 |
| Garn - Writ | 351.23 | 1887.17 |
| *Medical | 0.00 | 138.67 |

| | | | | |
|---|---|---|---|---|
| Total Pay | 90.22 | | 1666.92 | 24036.00 |

Total hours excludes differentials and adjustments

### Taxes

| | Amount | YTD |
|---|---|---|
| Fed Withholdng | 80.41 | 1754.22 |
| Fed MED/EE | 21.92 | 317.06 |
| Fed OASDI/EE | 93.74 | 1355.72 |
| CO Withholdng | 65.91 | 954.77 |

| | | |
|---|---|---|
| Total Deductions | 507.63 | 4075.96 |
| Net Pay | 897.31 | 19578.27 |

*Before Tax excluded from fed taxable wages
Fed Taxable Wages 1511.94 21866.46

### Employer Paid Benefits (**taxable)

| | | |
|---|---|---|
| Medical | 423.94 | 5511.22 |
| Dental | 6.21 | 87.79 |
| Employee Asst Pro | 0.42 | 5.88 |
| Basic Life | 3.47 | 47.88 |
| Basic Life** | 0.96 | 12.81 |
| Other Benefits | 6.33 | 472.58 |

### Leave Balance Summary

| | Start | Earned | Taken | Adj | End |
|---|---|---|---|---|---|
| PTO | 82.20 | 99.97 | 134.04 | 0.00 | 48.13 |
| ESL | 18.48 | 20.02 | 0.00 | 0.00 | 38.50 |

| | | |
|---|---|---|
| Total Tax Deductions | 261.98 | 4381.77 |

| Deposit | Type | Account | Amount |
|---|---|---|---|
| Deposit | Checking | XXXXX7483 | 897.31 |
| Net Check | | | 0.00 |

Liberty Dialysis Group
781/699-9000
920 Winter Street
Waltham, MA 02451

Advice Number: 0011164141
Advice Date: 07/06/2018

THIS IS NOT A CHECK

**Deposited to the account of**
JESSICA LOUISE MYERS

**Account Number** — Checking XXXXX7483

**Amount** 897.31

Total 897.31

EXHIBIT 1 page 5

```
ZDH Dept:  7417              000000-000000
DBX:       003222641
CO100-FMCNA  W Co Springs Cntrl Lib
```

Liberty Dialysis Group
781/699-9000
920 Winter Street
Waltham, MA  02451

```
Emplid:  3222641
Exemptions      Addl Amt   Addl %
  Fed:    S-04
  CO(W):  S-00

Total Hours Worked:      69.33
Employer ID # CO 03526064
```

## Earnings Statement

Pay Rate: $17.33
Basis of Pay: Hourly
Pay Period: 06/03/2018 - 06/16/2018
Advice Date: 06/22/2018
Advice Number: 0011102312
Batch Number: 000000002010

Page 001 of 001

JESSICA LOUISE MYERS
2516 Wood Ave
Apt A
Colorado Springs, CO  80907

| Earnings | Hours/Units | Rate | Amount | YTD |
|---|---|---|---|---|
| Regular | 66.58 | 17.3300 | 1153.83 | 16082.39 |
| Night 10% | 7.30 | 1.7342 | 12.66 | 252.10 |
| PTO/VAC Hourly | 10.67 | 17.3299 | 184.91 | 811.31 |
| PTO/VAC Cash | 60.00 | 17.3300 | 1039.80 | 1039.80 |
| Overtime | 2.75 | 26.0764 | 71.71 | 3328.58 |
| Unschd PTO/VAC | 0.00 | | 0.00 | 303.68 |
| UltraScore | 0.00 | | 0.00 | 500.00 |
| Evening Diff 7 | 0.00 | | 0.00 | 4.72 |
| Holiday Diff 1 | 0.00 | | 0.00 | 46.50 |
| **Total Pay** | **140.00** | | **2463.91** | **22369.08** |

Total hours excludes differentials and adjustments

### Taxes

| | Current | YTD |
|---|---|---|
| Fed Withholdng | 273.37 | 1673.81 |
| Fed MED/EE | 33.46 | 295.14 |
| Fed OASDI/EE | 143.09 | 1261.98 |
| CO Withholdng | 102.76 | 888.86 |
| **Total Tax Deductions** | **552.68** | **4119.79** |

| Deposit | Type | Account | Amount |
|---|---|---|---|
| Deposit | Checking | XXXXX7483 | 1,276.27 |
| Net Check | | | 0.00 |

| Deductions | Current | YTD |
|---|---|---|
| *Medical | 141.45 | 1697.40 |
| *Dental | 14.49 | 190.34 |
| Dependent Life | 0.46 | 5.98 |
| Garn - Writ | 477.56 | 1535.94 |
| *Medical | 0.00 | 138.67 |
| **Total Deductions** | **633.96** | **3568.33** |
| **Net Pay** | **1276.27** | **14680.96** |

*Before Tax excluded from fed taxable wages
Fed Taxable Wages  2307.93  20354.52

### Employer Paid Benefits (**taxable)

| | | |
|---|---|---|
| Medical | 423.94 | 5087.28 |
| Dental | 6.21 | 81.58 |
| Employee Asst Pro | 0.42 | 5.46 |
| Basic Life | 3.47 | 44.41 |
| Basic Life** | 0.96 | 11.85 |
| Other Benefits | 6.33 | 466.25 |

### Leave Balance Summary

| | Start | Earned | Taken | Adj | End |
|---|---|---|---|---|---|
| PTO | 82.20 | 92.28 | 125.06 | 0.00 | 49.42 |
| ESL | 18.48 | 18.48 | 0.00 | 0.00 | 36.96 |

---

Liberty Dialysis Group
781/699-9000
920 Winter Street
Waltham, MA  02451

Advice Number: 0011102312
Advice Date: 06/22/2018

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| JESSICA LOUISE MYERS | Checking XXXXX7483 | 1276.27 |
| | Total | 1276.27 |

EXHIBIT 1 page 6

```
ZOH Dept:   7417            000000-000000
DBX         003222641
         CO100-FMCNA  W Co Springs Cntrl Lib

         Liberty Dialysis Group
         781/699-9000
         920 Winter Street
         Waltham, MA  02451


    Emplid: 3222641
    Exemptions    Addl Amt   Addl %
      Fed:   S-04
      CO(W): S-00

Total Hours Worked:       87.92
Employer ID # CO 03526064
```

## Earnings Statement

Pay Rate: $17.33
Basis of Pay: Hourly
Pay Period: 05/20/2018 - 06/02/2018
Advice Date: 06/08/2018
Advice Number: 0011040889
Batch Number: 000000001986

Page 001 of 001

JESSICA LOUISE MYERS
2516 Wood Ave
Apt A
Colorado Springs, CO 80907

| Earnings | Hours/Units | Rate | Amount | YTD |
|---|---|---|---|---|
| Regular | 80.00 | 17.3300 | 1386.40 | 14928.56 |
| Overtime | 5.12 | 25.9941 | 133.09 | 3256.87 |
| Overtime | 2.80 | 26.0714 | 73.00 | 0.00 |
| Night 10% | 3.82 | 1.7330 | 6.62 | 239.44 |
| PTO/VAC Hourly | 0.00 | | 0.00 | 626.40 |
| Unschd PTO/VAC | 0.00 | | 0.00 | 303.68 |
| UltraScore | 0.00 | | 0.00 | 500.00 |
| Evening Diff 7 | 0.00 | | 0.00 | 4.72 |
| Holiday Diff 1 | 0.00 | | 0.00 | 46.50 |

| Deductions | Current | YTD |
|---|---|---|
| *Medical | 141.45 | 1555.95 |
| *Dental | 14.49 | 175.85 |
| Dependent Life | 0.46 | 5.52 |
| Garn - Writ | 338.39 | 1058.38 |
| *Medical | 0.00 | 138.67 |

Total Pay  87.92   1599.11  19906.17
Total hours excludes differentials and adjustments

### Taxes
| | | |
|---|---|---|
| Fed Withholdng | 72.28 | 1400.44 |
| Fed MED/EE | 20.94 | 261.68 |
| Fed OASDI/EE | 89.54 | 1118.89 |
| CO Withholdng | 62.77 | 786.10 |

Total Tax Deductions  245.53  3567.11

Total Deductions  494.79  2934.37
Net Pay  858.79  13404.69
*Before Tax excluded from fed taxable wages
Fed Taxable Wages  1444.13  18046.59

### Employer Paid Benefits (**taxable)
| | | |
|---|---|---|
| Medical | 423.94 | 4663.34 |
| Dental | 6.21 | 75.37 |
| Employee Asst Pro | 0.42 | 5.04 |
| Basic Life | 3.47 | 40.94 |
| Basic Life** | 0.96 | 10.89 |
| Other Benefits | 6.33 | 459.92 |

### Leave Balance Summary
| | Start | Earned | Taken | Adj | End |
|---|---|---|---|---|---|
| PTO | 82.20 | 84.59 | 54.39 | 0.00 | 112.40 |
| ESL | 18.48 | 16.94 | 0.00 | 0.00 | 35.42 |

| Deposit | Type | Account | Amount |
|---|---|---|---|
| Deposit | Checking | XXXXX7483 | 858.79 |
| Net Check | | | 0.00 |

---

Liberty Dialysis Group
781/699-9000
920 Winter Street
Waltham, MA  02451

Advice Number: 0011040889
Advice Date: 06/08/2018

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| JESSICA LOUISE MYERS | Checking XXXXX7483 | 858.79 |
| | Total | 858.79 |

EXHIBIT 1 page 7

```
20H Dept:   7417              000000-000000
DBX         003222641
         CO100-FMCNA  W Co Springs Cntrl Lib
```

Liberty Dialysis Group
781/699-9000
920 Winter Street
Waltham, MA 02451

```
Emplid: 3222641
Exemptions    Addl Amt   Addl %
  Fed:   S-04
  CO(W): S-00
```

Total Hours Worked:   89.40
Employer ID # CO 03526064

| Earnings | Hours/ Units | Rate | Amount | YTD |
|---|---|---|---|---|
| Regular | 80.00 | 17.3300 | 1386.40 | 13542.16 |
| Overtime | 4.28 | 25.9953 | 111.26 | 3050.78 |
| Overtime | 5.12 | 26.0703 | 133.48 | 0.00 |
| Night 10% | 3.95 | 1.7342 | 6.85 | 232.82 |
| PTO/VAC Hourly | 0.00 | | 0.00 | 626.40 |
| Unschd PTO/VAC | 0.00 | | 0.00 | 303.68 |
| UltraScore | 0.00 | | 0.00 | 500.00 |
| Evening Diff 7 | 0.00 | | 0.00 | 4.72 |
| Holiday Diff 1 | 0.00 | | 0.00 | 46.50 |

Total Pay        89.40            1637.99     18307.06
Total hours excludes differentials and adjustments

### Taxes

| | | |
|---|---|---|
| Fed Withholdng | 76.94 | 1328.16 |
| Fed MED/EE | 21.51 | 240.74 |
| Fed OASDI/EE | 91.94 | 1029.35 |
| CO Withholdng | 64.57 | 723.33 |

Total Tax Deductions          254.96      3321.58

| Deposit | Type | Account | Amount |
|---|---|---|---|
| Deposit | Checking | XXXXX7483 | 880.87 |
| Net Check | | | 0.00 |

### Earnings Statement

Pay Rate:          Page 001 of 001
                   $17.33
Basis of Pay:      Hourly
Pay Period:        05/06/2018 - 05/19/2018
Advice Date:       05/25/2018
Advice Number:     0010979256
Batch Number:      000000001964

JESSICA LOUISE MYERS
2516 Wood Ave
Apt A
Colorado Springs, CO 80907

| Deductions | Current | YTD |
|---|---|---|
| *Medical | 141.45 | 1414.50 |
| *Dental | 14.49 | 161.36 |
| Dependent Life | 0.46 | 5.06 |
| Garn - Writ | 345.76 | 719.99 |
| *Medical | 0.00 | 138.67 |

Total Deductions          502.16      2439.58
Net Pay                   880.87     12545.90
*Before Tax excluded from fed taxable wages
Fed Taxable Wages         1483.01     16602.46

### Employer Paid Benefits (**taxable)

| | | |
|---|---|---|
| Medical | 423.94 | 4239.40 |
| Dental | 6.21 | 69.16 |
| Employee Asst Pro | 0.42 | 4.62 |
| Basic Life | 3.47 | 37.47 |
| Basic Life** | 0.96 | 9.93 |
| Other Benefits | 6.33 | 453.59 |

### Leave Balance Summary

| | Start | Earned | Taken | Adj | End |
|---|---|---|---|---|---|
| PTO | 82.20 | 76.90 | 54.39 | 0.00 | 104.71 |
| ESL | 18.48 | 15.40 | 0.00 | 0.00 | 33.88 |

---

Liberty Dialysis Group
781/699-9000
920 Winter Street
Waltham, MA 02451

Advice Number:   0010979256
Advice Date:     05/25/2018

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| JESSICA LOUISE MYERS | Checking XXXXX7483 | 880.87 |
| | Total | 880.87 |

EXHIBIT 1 page 8

CO100-FMCNA  W Co Springs Cntrl Lib

Liberty Dialysis Group
781/699-9000
920 Winter Street
Waltham, MA 02451

Emplid: 3222641
Exemptions    Addl Amt   Addl %
Fed:   S-04
CO(W): S-00

Total Hours Worked:    87.52
Employer ID # CO 03526064

## Earnings Statement

Pay Rate: $17.33
Basis of Pay: Hourly
Pay Period: 04/22/2018 - 05/05/2018
Advice Date: 05/11/2018
Advice Number: 0010917867
Batch Number: 000000001942

Page 001 of 001

JESSICA LOUISE MYERS
2616 Wood Ave
Apt A
Colorado Springs, CO 80907

| Earnings | Hours/Units | Rate | Amount | YTD |
|---|---|---|---|---|
| Regular | 72.65 | 17.3299 | 1259.02 | 12155.76 |
| PTO/VAC Hourly | 7.35 | 17.3306 | 127.38 | 626.40 |
| Overtime | 14.87 | 26.1190 | 388.39 | 2806.04 |
| Night 10% | 7.85 | 1.7325 | 13.60 | 225.97 |
| Unschd PTO/VAC | 0.00 | | 0.00 | 303.68 |
| UltraScore | 0.00 | | 0.00 | 500.00 |
| Evening Diff 7 | 0.00 | | 0.00 | 4.72 |
| Holiday Diff 1 | 0.00 | | 0.00 | 46.50 |

| Deductions | Current | YTD |
|---|---|---|
| *Medical | 141.45 | 1273.05 |
| *Dental | 14.49 | 146.87 |
| Dependent Life | 0.46 | 4.60 |
| Garn - Writ | 374.23 | 374.23 |
| *Medical | 0.00 | 138.67 |

Total Pay    14.87    1788.39    16668.07

Total hours excludes differentials and adjustments

### Taxes

| | | |
|---|---|---|
| Fed Withholdng | 94.99 | 1251.22 |
| Fed MED/EE | 23.68 | 219.23 |
| Fed OASDI/EE | 101.28 | 937.41 |
| CO Withholdng | 71.53 | 658.76 |

Total Deductions    241.48    1066.62

*Before Tax excluded from fed taxable wages
Fed Taxable Wages    1633.41    15119.45

### Employer Paid Benefits (**taxable)

| | | |
|---|---|---|
| Medical | 423.94 | 3815.46 |
| Dental | 6.21 | 62.95 |
| Employee Asst Pro | 0.42 | 4.20 |
| Basic Life | 3.47 | 34.00 |
| Basic Life** | 0.96 | 8.97 |
| Other Benefits | 6.33 | 447.26 |

### Leave Balance Summary

| | Start | Earned | Taken | Adj | End |
|---|---|---|---|---|---|
| PTO | 82.20 | 69.21 | 54.39 | 0.00 | 97.02 |
| ESL | 18.48 | 13.86 | 0.00 | 0.00 | 32.34 |

| Deposit Type | Account | Amount |
|---|---|---|
| Deposit Checking | XXXXX7483 | 966.28 |
| Net Check | | 0.00 |

Liberty Dialysis Group
781/699-9000
920 Winter Street
Waltham, MA 02451

Advice Number: 0010917867
Advice Date: 05/11/2018

**Deposited to the account of**
JESSICA LOUISE MYERS

Account Number
Checking XXXXX7483

Amount
966.28

Total    966.28

THIS IS NOT A CHECK